IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SAMER ANTONIO PUENTES CERA | : | 25-7406 |
| *Petitioner* | : | |
| v. | : | |
| US ATTORNEY GENERAL PAMELA JO BONDI, et al. | : | |
| *Respondents* | : | |

## ORDER

AND NOW, this 6th day of January, 2026, upon consideration of the Petitioner's Petition for a Writ of Habeas Corpus (Dkt. 1) and Motion for a Temporary Restraining Order (Dkt. 2 and 3), it is hereby ORDERED that the warden of the Federal Detention Center, Philadelphia, by **January 9, 2026, SHOW CAUSE** why the writ of habeas corpus should not be granted. 28 U.S.C. § 2243.

The Clerk of Court is directed to serve the U.S. Attorney's Office for the Eastern District of Pennsylvania with an acceptance of service form, the Petition, and a copy of this Order.[1]

BY THE COURT:

GAIL A. WEILHEIMER, J.

---

[1] Plaintiff's Counsel has separately been instructed to forward the filing to the following email addresses: desiree.wilkins@usdoj.gov, anthony.stjoseph@usdoj.gov, susan.becker@usdoj.gov, and gregory.david@usdoj.gov.